# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LENTO LAW GROUP, P.C.,

    Plaintiff,

v

LADEL LEWIS, LINDA A. POHLY, VEDA DIANE BALLA, FLORENDA LEE-HALL, and JOYCE ANN WILSON,

    Plaintiff/Counter-Defendant.

Case No. 2:24-cv-10031

Hon. George Caram Steeh
Mag. Kimberly G. Altman

## EXHIBIT INDEX

| | |
|---|---|
| Exhibit A | Brief of the Disciplinary Board of the Supreme Court of Pennsylvania |
| Exhibit B | November 20, 2023 Letter (Defendant Lewis) |
| Exhibit C | November 20, 2023 Letter (Lento) |
| Exhibit D | December 19, 2023 Show-Cause Order |
| Exhibit E | Request for Concurrence |
| Exhibit F | Follow-up email to Request for Concurrence Call |
| Exhibit G | Response to Request for Concurrence |
| Exhibit H | Reply to Response to Request for Concurrence |